UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN BAPTIST DELORIMIER,<br><br>　　　　　Defendant. | Case No.  23-cv-03780-SK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS**<br><br>Regarding Docket No. 6 |

On August 2, 2023, Plaintiffs brought a motion to proceed under pseudonyms. (Dkt. No. 6.) Defendant's deadline to respond was August 16, 2023. Defendant did not file any response. The Court finds this matter appropriate for disposition without hearing. For the reasons stated herein, Plaintiffs' motion to proceed under pseudonyms is GRANTED.

Plaintiffs are the subjects of several series of images of child pornography. Defendant has been convicted of possessing these images, and Plaintiffs here seek civil damages against him. (Dkt. No. 6.) In their motion to proceed under pseudonyms, Plaintiffs have demonstrated the personal, intimate, and violative nature of the images at issue and have shown that they face continuing humiliation and harassment on the basis of their original victimization. "[M]any federal courts, including the Ninth Circuit, have permitted parties to proceed anonymously when special circumstances justify secrecy." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000). Such special circumstances are present when "nondisclosure of the party's identity is necessary … to protect a person from harassment, injury, ridicule or personal embarrassment." *Id.* at 1067-68.

The Court finds that there is ample justification for allowing these vulnerable Plaintiffs to protect their identities through the use of pseudonyms throughout this action. Accordingly, it is HEREBY ORDERED that Plaintiffs may proceed herein under the pseudonyms Fiona, Amy,

Maureen, Jane Roe, and Pia.

**IT IS SO ORDERED**.

Dated: September 1, 2023

SALLIE KIM
United States Magistrate Judge