UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JOHN BAPTIST DELORIMIER,<br><br>        Defendant. | Case No. 23-cv-03780-SK<br><br>**ORDER TO SHOW CAUSE** |

The deadline for Plaintiffs to submit their case management statement was January 27, 2025. Despite receiving a reminder from Court staff on January 29, Plaintiffs' counsel did not submit their statement until February 1, 2025—the Saturday before their case management conference scheduled for Monday, February 3, 2025. Then, on February 3, 2025, Plaintiffs' counsel failed to appear before this Court for the case management conference. Defendant appeared telephonically for the Case Management Conference.

Counsel for Plaintiffs are HEREBY ORDERED to show cause in writing no later than February 10, 2025 why this Court should not impose sanctions of $200 for each attorney representing Plaintiffs, for failure to comply with this Court's deadlines and for failure to appear at the case management conference.

**IT IS SO ORDERED**.

Dated: February 2, 2025

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge