UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN BAPTIST DELORIMIER,<br><br>　　　　　Defendant. | Case No. 3:23-cv-03780-SK  (LJC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE VIA ZOOM AND DIRECTING DEFENDANT DELORIMIER TO APPEAR FOR A "LEGAL CALL" ON ZOOM.** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for Friday, March 14, 2025, at 10:00 A.M before Magistrate Judge Lisa J. Cisneros.  The settlement conference will be conducted via Zoom video conference with Defendant John Baptist Delorimier, #26225-111, who currently resides in Federal Correction Institution Lompoc 1.  Parties are instructed to access the Zoom settlement conference by scrolling to the non-public link at https://cand.uscourts.gov/judges/lisa-j-cisneros-ljc/.  Defendant Delorimier, however, is provided separate instructions below to call into the Zoom settlement conference.

To ensure that Defendant Delorimier receives and is able to comply with the instructions in this Order, the Clerk is instructed to mail and email copy of this order to the Legal Coordinator M. Mendek or Correctional Counselors Dean S. Wong and Eddie Vega at Defendant's current housing facility to facilitate the phone appearance and to confirm submission by way of email to the Judge Cisneros's Courtroom Deputy at ljccrd@cand.uscourts.gov by February 25, 2025.

Defendant shall call into the Zoom Audio Conference using the below call-in information: Phone Number: 669-254-5252.  Meeting ID: 161 641 4501; Passcode: 097428.  The Court directs

the Legal Coordinator Mendek or Counselors Wong and Vega to ensure Defendant calls in on time for the scheduled settlement conference. In addition, Legal Coordinator Mendek, and Counselors Wong and Vega shall provide their email addresses to the Judge Cisneros's Courtroom Deputy by emailing their email addresses to ljccrd@cand.uscourts.gov, to help facilitate communication and coordination for this settlement conference, and the Court further directs their prompt responses to the Courtroom Deputy's messages for purposes of facilitating this settlement conference.

**IT IS SO ORDERED.**

Dated: February 12, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge