UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JOHN BAPTIST DELORIMIER,<br><br>        Defendant. | Case No. 23-cv-03780-SK (LJC)<br><br>**ORDER REGARDING REQUEST FOR EXTENSION FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 57 |

Defendant John Delorimier, pro se, "request[s] a 60 Day exten[s]ion for the Settlement Conference" in order to allow him time to find an attorney. ECF No. 57. The undersigned, as the settlement referral judge in this case, declines to schedule another settlement conference at this time. As previously stated, ECF No. 56, the undersigned encourages Defendant to promptly retain counsel, especially considering that the case has been pending for nearly two years, and encourages the parties to engage in direct negotiations. The undersigned will not set a new settlement conference based on a unilateral request but will instead require both parties to make a joint request.

**IT IS SO ORDERED.**

Dated: April 15, 2025

LISA J. CISNEROS
United States Magistrate Judge