John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
877 S. Victoria Ave., Suite 201
Ventura, CA 93003
Tel: (310) 855-3727
Fax: (310) 855-63595
Email: jk@tl4j.com

Margaret E. Mabie, Admitted *Pro Hac Vice*
New York State Bar No. 5760731
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Fl
New York, NY 10001
Tel: (212) 372-3030
Fax: (833) 210-3336
Email: margaretmabie@marsh.law
 *Attorneys for Plaintiffs*

J. Timothy Nardell, SBN 184444
NARDELL CHITSAZ & ASSOCIATES LLP
999 Fifth Avenue, Suite 230
San Rafael, CA 94901
Tel: (415) 306-5560
Email: tim@ncalegal.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| "FIONA," "AMY," "MAUREEN," "JANE ROE," as next friend for "PIA," <br><br> Plaintiffs, <br><br> v. <br><br> JOHN BAPTIST DELORIMIER, JR., <br><br> Defendant. | Case No. 3:23-cv-03780-SK <br><br> **ORDER FOR JOINT STIPULATION TO SET FURTHER SETTLEMENT CONFERENCE TO SEPTEMBER 17, 2025** |

**[ORDER**

Pursuant to the foregoing Stipulation and for the good cause shown, it is hereby ORDERED:

That the Court hereby sets the Further Settlement Conference as ordered by the Court to September 17, 2025 before the Honorable Lisa J. Cisneros;

And further that the Court hereby allows all Counsel John A. Kawai, Margaret E. Mabie and J. Timothy Nardell, as well as Plaintiffs themselves to all appear via ZOOM, and Defendant John Baptist Delorimier, Jr. to appear telephonically.

IT IS SO ORDERED.

Date: September 2, 2025          By: _____
                                     The Honorable Lisa J. Cisneros
                                     U.S. District Magistrate Judge